Dexter O. JOHNSON, a/k/a Salih Abdul Alhalim, Plaintiff–Appellant,

v.

Lt. BEAMON; Sgt. Massenberg; Cpl. Parker; Capt. Maskelony, Director of Security; Capt. Parham, Director of Treatment, Lt. Lewis; Lt. Scott, Defendants–Appellees.

No. 11–6432.

United States Court of Appeals, Fourth Circuit.

Submitted: May 19, 2011.

Decided: May 24, 2011.

Dexter O. Johnson, Appellant Pro Se. Jeff W. Rosen, Pender & Coward, PC, Virginia Beach, Virginia, for Appellees.

Before TRAXLER, Chief Judge, and AGEE and KEENAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

cials for mailing to the court. Fed. R.App. 4(c); *Houston v. Lack,* 487 U.S. 266, 108 S.Ct.

PER CURIAM:

Dexter O. Johnson appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Johnson v. Beamon,* No. 2:09–cv–00280–JBF–TEM (E.D.Va. Mar. 8, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*